**Sara L. Gabin**, OSB #81234
Internet E-mail address: slgabin@pacifier.com
Sara L. Gabin, P.C., Attorney at Law
14523 Westlake Drive
Lake Oswego, Oregon, OR 97035-7700
Telephone: 503.620.3171
Fax: 503.620.3365
Attorney(s) for: Christon Thomas Barkhoeffer

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| CHRISTON THOMAS BARKHOEFFER, | Case No. 3:17-cv-01603 SB |
| Plaintiff, | |
| vs. | ORDER AWARDING ATTORNEY FEES UNDER 42 U.S.C. §406(b) |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

This court, having reviewed the Memorandum of plaintiff's counsel, and being otherwise fully advised

HEREBY AWARDS attorney fees pursuant to 42 U.S.C. §406(b), in the amount of $7,070.50, and after offsetting Equal Access to Justice (EAJA) fees of $4,652.90, previously awarded to plaintiff and remitted to plaintiff's counsel, net §406(b) fees of $2,417.60.

DATED this __15th__ day of March, 2020.

*Stacie F. Beckerman*

Stacie F. Beckerman
U.S. Magistrate Judge